# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 6, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142913(66)(67)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

VERDELL REESE,
      Defendant-Appellee.

_____

SC: 142913
COA: 292153
Wayne CC: 08-007283

On order of the Chief Justice, motions by the parties for extension of the time for filing their briefs are considered and they are granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 6, 2012

_____
Clerk